129 A.3d 1235

**Dwayne ANDERSON, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 142 EM 2015.**

Supreme Court of Pennsylvania.

Dec. 24, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

Justice EAKIN did not participate in the decision of this matter.